# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE: : NO. 748
:
APPOINTMENT TO THE CIVIL : CIVIL PROCEDURAL RULES DOCKET
PROCEDURAL RULES COMMITTEE :
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 27th day of December, 2023, the Honorable Daniel J. Anders, in his capacity as Administrative Judge of the Trial Division of the Court of Common Pleas of the First Judicial District, is hereby appointed as a member of the Civil Procedural Rules Committee, effective January 1, 2024, to serve at the pleasure of the Court.